E-FILED on     10/31/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re JACQUELINE C. MELCHER, aka, JACQUELINE CARLIN,<br><br>Debtor.<br><br>────────────────────────<br>JACQUELINE CARLIN MELCHER,<br><br>Appellant,<br><br>v.<br><br>JOHN W. RICHARDSON, TRUSTEE,<br><br>Appellee. | No. C-09-03610-RMW<br>    C-09-03516-RMW<br><br>ORDER GRANTING MOTION TO CONSOLIDATE BANKRUPTCY APPEALS |

On June 26, 2009, appellant Jacqueline Melcher ("Melcher) moved to consolidate two appeals from U.S. Bankrupcty Court, Docket Nos. C 09-03610 RMW, C 09-03516 RMW.  The parties are the same in all three actions, and Melcher alleges that both appeals concern the "Moshup Trail Property Sale."  According to appellee John W. Richardson ("Richardson"), the first appeal is from the Bankruptcy Court's order authorizing the trustee to sell property, and the second appeal is from the Bankruptcy Court's order denying a stay of the property sale pending the appeal of the

property sale.  Richardson opposes to the motion to consolidate, arguing that differences in the record and standard of review in each appeal.

Given that the two appeals both concern the property sale and are closely procedurally related, the court concludes that consolidation is appropriate.  The consolidated case shall be entitled "In re Jacqueline Melcher Moshup Trail Bankruptcy Appeals," and shall bear the case number of the earliest filed case: C 09-03516 RMW.  After filing this order in each case, the clerk of the court is ordered to close the file on the other case, No. 09-03610 RMW.  All future filings by plaintiff with respect to the above-entitled cases shall be in the consolidated case file.

DATED:      10/27/09                              *Ronald M Whyte*
                                                   RONALD M. WHYTE
                                                   United States District Judge

**THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WAS PROVIDED TO:**

**Plaintiff:**

Jacqueline C. Melcher
P.O. Box 222798
Carmel, CA 93922

**Counsel for defendant:**

| | |
|---|---|
| Charles Patrick Maher | cmaher@luce.com |
| Diana Donabedian | ddonabedian@luce.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

Date:   10/31/09                          JAS
                                          Chambers of Judge Whyte