**E-FILED on** 4/30/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re JACQUELINE MELCHER<br>BANKRUPTCY APPEALS | No. C-09-03516 RMW<br>No. C-09-03610 RMW<br><br>ORDER DENYING MOTION TO GRANT RELIEF FROM FINAL JUDGMENT |

On March 12, 2010, the court dismissed this appeal. The court has received appellant Jacqueline C. Melcher's letter requesting this court to grant relief from final judgment. The court finds no reason justifying relief from final judgment and therefore denies the motion.

DATED: 4/30/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been sent to:**

**Appellant:**

Jacqueline C. Melcher
P.O. Box 222798
Carmel, CA 93922

**Counsel for Appellee:**

Charles Patrick Maher          cmaher@luce.com

**Counsel for Trustee:**

Nanette Dumas                  Nanette.Dumas@USDOJ.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     4/30/10                         CCL
                                       **Chambers of Judge Whyte**